# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## of
## Northern District of Texas

MICAELA GIUHAT
    Plaintiff(s)

v.

**ORIGINAL**  Cause No. 3:14-cv-00644-P

GENBAND HOLDINGS CO., ET AL
    Defendant(s)

Came to hand on April 16, 2014, at 03:30 PM.

Executed at 211 E. 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:15 AM on April 17, 2014, by delivering to the within named:

**GENBAND US, LLC formerly known as GENBAND INC,**

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, in person, a true copy of this Summons in a Civil Action together with Plaintiff's Original Complaint and Jury Demand, Consent to Proceed Before a United States Magistrate Judge and Certificate of Interested Persons, having first endorsed upon such copy of such process the date of delivery.**

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
Thomas R. Kroll SCH-3012,
Exp: 8/31/2016

## VERIFICATION

STATE OF TEXAS     §
COUNTY OF TRAVIS     §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this April 25, 2014.

NOTARY PUBLIC, STATE OF TEXAS

14-009347/106-0470

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-00644-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

*** SEE ATTACHED AFFIDAVIT ***

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

@ 3:30 pm

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Micaela Giuhat  *Plaintiff* | ) ) ) |
| v. | ) )  Civil Action No. 3:14-cv-00644-P |
| Genband Holdings Co, et al  *Defendant* | ) ) ) |

## Summons in a Civil Action

**TO:** Genband US LLC

*formerly known as* Genband Inc

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Hal Gillespie
   4925 Greenville Ave, Suite 200
   Dallas, TX 75206

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AFFIDAVIT ATTACHED

CLERK OF COURT

DATE: 02/19/2014

*Signature of Clerk or Deputy Clerk*