IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICAELA GIUHAT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:14-cv-00644-P |
| | § | |
| GENBAND HOLDINGS CO., GENBAND | § | |
| MGMT SERVICES CORP., GENBAND | § | |
| US, LLC (f/k/a GENBAND INC.), | § | |
| | | |
| Defendants. | | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendants Genband Holdings Co., Genband Management Services Corp., and Genband US, LLC (collectively "Defendants"), file this disclosure statement and certificate of interested persons as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.4. Defendants state the following:

(A)   Genband Holdings Company is a Cayman Islands exempted company limited by shares. Genband Management Services Corporation is a Delaware corporation. Genband US, LLC is a Delaware limited liability company.

(B)   Both Genband US, LLC and Genband Management Services Corporation are wholly-owned by Genband Holdings Company.

(C)   JPMorgan Chase & Co., a publicly-held company, indirectly owns 10% or more of Genband Holdings Company. No other publicly-held company has a 10% or greater interest in any of the Defendants.

(D)   To Defendants' knowledge, the following persons and entities and their attorneys may be financially interested in the outcome of this litigation:

1. Plaintiff Micaela Giuhat;

2. Counsel for Plaintiff:  Gillespie Sanford, LLP and The Roper Firm, PC

3. Defendant Genband Holdings Company;

4. Defendant Genband Management Services Corporation;

5. Defendant Genband US, LLC; and

6. Counsel for Defendants:  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

 /s/ Angela D. Green
Angela D. Green
Texas Bar No. 24040695
angela.green@ogletreedeakins.com
Amanda A. Williams
Texas Bar No. 24065281
amanda.williams@ogletreedeakins.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
214.987.3800
214.987.3927 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on May 8, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to counsel for Plaintiff, an ECF registrant.

 /s/ Angela D. Green
Angela D. Green

16137662.1